# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA RODRIGUEZ VELASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:17-cv-00612-SAB<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 14) |

On December 27, 2017, the parties filed a stipulation extending the time in which Plaintiff was to file her opening brief in this action. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before February 2, 2018;
2. Defendant's responsive pleading shall be filed on or before March 2, 2018; and
3. Plaintiff's reply, if any, shall be filed on or before March 19, 2018.

IT IS SO ORDERED.

Dated: **January 3, 2018**

UNITED STATES MAGISTRATE JUDGE

1