# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA RODRIGUEZ VELASQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:17-cv-00612-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 17) |

On February 26, 2018, the parties filed a stipulation for an extension of time for Defendant to respond to Plaintiff's opening brief. (ECF No. 17.) Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's responsive pleading shall be filed on or before March 16, 2018; and
2. Plaintiff's reply, if any, shall be filed on or before April 2, 2018.

IT IS SO ORDERED.

Dated: **February 27, 2018**

UNITED STATES MAGISTRATE JUDGE